UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil Action

No: 1:26-cv-12873-NMG

<u>Petitioner</u>

Jose Luis De Los Angeles Carela

v.

<u>Respondent</u>

David Wesling et al

<u>Order of Dismissal</u>

GORTON, D.J.

In accordance with the Status Report entered on July 29, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

<u>/s/ Nicole Cowan</u>

Docket Clerk

July 30, 2026